GEORGE BLEISTEIN, as President of the Courier Company, Appellant, *v.* THE ASSOCIATED PRESS OF THE STATE OF NEW YORK et al., Respondents.

Argued and decided with *Matthews* v. *Associated Press of the State of New York* (*ante,* page 333).

GEORGE W. BEATTYS, Respondent, *v.* THE TOWN OF SOLON, Appellant.

(Argued December 9, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court of the fourth judicial department, entered upon an order made April 26, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

The following is the *mem.* of decision handed down by the court:

"The seventeenth finding of fact in this case shows that the coupons sued on were 'annexed to the bonds of plaintiff,' and the twentieth, that, when sued, they were cut from bonds numbered 113, etc., which he purchased in good faith. Finding twenty-one shows that the amount of the coupons was $2,681, and that sum deducted from the damages shows that $1,212.39 was erroneously included in the judgment. On authority of our decision made in the *Savings Bank* case,* the judgment should be modified by deducting therefrom twelve hundred and twelve dollars and thirty-nine cents, and, as modified, affirmed, without costs to either party in this court."

All concur.
Judgment accordingly.

* *Williamsburgh Savings Bank* v. *Town of Solon* (*ante,* page 465).